

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-09-00403-CV

**THE CITY OF SAN ANTONIO**
Appellant/Cross-Appellee

v.

**KOPPLOW DEVELOPMENT, INC.,**
Appellee/Cross-Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-08167
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

The Court has considered the appellant/cross-appellee's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court